# Court of Appeals
# of the State of Georgia

ATLANTA,  July 24, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2257. JAUNTRICA WEST et al. v. WRI PROPERTY MANAGEMENT, LLC et al.

This case originated in magistrate court as a dispossessory action. Following an adverse ruling, Jauntrica and John West petitioned the superior court for a writ of certiorari. The superior court dismissed their writ of certiorari and the Wests filed a notice of appeal to the Supreme Court, which transferred it to this Court after determining that the case did not invoke Supreme Court jurisdiction. We also lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional[,]" *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996), and this procedure must be followed even where the superior court dismisses the certiorari petition. See *Brewer v. Bd. of Zoning Adjustment of Atl.*, 170 Ga. App. 351 (317 SE2d 327) (1984). Because the Wests failed to comply with the discretionary appeals procedure, we lack jurisdiction over this appeal. Accordingly,

this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   07/24/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*